Taggarts Paper Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Salamanca Veneer-Panel Company, Respondent, v. The Long Furniture Company, Appellant.— Judgment affirmed, with costs. All concurred.

James Kirkland, Appellant, v. James Hughes and Others, Respondents. — Order affirmed, with costs. All concurred except McLennan, P. J., who dissented and voted for modification of the order by disallowing the item for extra labor and expense in moving the logs in the winter of 1907-8.

Dwight E. Reynolds, Respondent, v. The Stewart-Kerbaugh-Shanley Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elizabeth A. Hickey, as Sole Administratrix, etc., of Charles D. Hickey, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the plaintiff did not prove that the injury which caused the death of her intestate was due to the negligence of the defendant. All concurred.

Clarence W. Dunn, Respondent, v. James C. Stewart and Alexander M. Stewart, Appellants.— Judgment and order affirmed, with costs. All concurred.

Joseph Vojtoisovicsh, an Infant, by Frank Zamiarski, His Guardian ad Litem, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William H. L. Swan, Respondent, v. Milo E. Woodcock and William S. Woodcock, Appellants.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Maria Passarelli, Respondent, v. Adam Thran, Appellant.— Judgment and order affirmed, with costs. All concurred.

Antonio Passarelli, Respondent, v. Adam Thran, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jacob Thomy and Eva Thomy, Appellants, v. Alvah E. Belcher and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Frederick M. Willson, Appellant, v. George T. Fisher, Respondent.— Judgment affirmed, with costs. All concurred.

Judson W. Butcher, Respondent, v. Harrison D. Cole and Harold A. Petrie, Appellants, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

Margaret A. Hogan, as Administratrix, etc., of Frank Hogan, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Lambert, J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence and that the plaintiff's intestate was guilty of contributory negligence as matter of law.

Miner Burnett, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.